## REQUEST FOR ADMINISTRATIVE REMEDY
## PART B - RESPONSE

CROMER, JOHNNIE
Reg. No.: 41933-039
Remedy I.D.: 1001326-F1
Qtr: Unit F/A

This is in response to your Request for Administrative Remedy receipted December 27, 2019, in which request to be considered for early release pursuant to 18 U.S.C.3582 (c) (1) (A). You are requesting release based upon the fact you were sentenced for Title 18:924(C) Brandishing a Firearm During the Commission of a Violent Crime in conjunction with your current offense which you claim is not permitted under the First Step Act of 2018.

A review of this matter indicates you previously requested a Compassionate Release based upon having completed more than fifty percent of your sentence with a good incarceration record. This request was denied on December 3, 2019. Therefore, you are advised to resubmit request for Compassionate Release based upon the criteria you site from the First Step Act.

Based on these findings, your Request for Administrative Remedy is for informational purposes.

If you are not satisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Northeast Region, U.S. Custom House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106, within 20 calendar days of the date of this response.

_____          _1-30-2020_____
Mark K. Williams, Warden                  Date